O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 8-29-13

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 29 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN VON STAICH, | Case No. SACV 12-1050-DDP (RNB) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| TERESA GONZALEZ, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file herein, the Report and Recommendation of the United States Magistrate Judge, and petitioner's objections to the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court also has reviewed the Supplemental Report and Recommendation of the United States Magistrate Judge, to which no objections have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

//
//
//
//

1       IT THEREFORE IS ORDERED that petitioner's stay-and-abeyance

2   motion is denied and that Judgment be entered denying the Petition and dismissing

3   this action with prejudice.

4

5   DATED:   __August 28, 2013__

6                                              DEAN D. PREGERSON
                                               UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28