*JS-6 Entered*

**FILED**
CLERK, U.S.D.C. SOUTHERN DIVISION
AUG 29 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8-29-13

DEPUTY CLERK

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 29 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN VON STAICH,<br><br>   Petitioner,<br><br>vs.<br><br>TERESA GONZALEZ, Warden,<br><br>   Respondent. | Case No. SACV 12-1050-DDP (RNB)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 28, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE